William C Crittenden MD Pro-se    CRIMES AGAINST HUMANITY
350 North 1st Street          CRIMES AGAINST PEACE & CHILDREN
Phoenix, AZ 85003      § 21 CAUSE & EFFECT/HOLOCAUST LOGIC
Aflacgnome1@gmail.com          2000 DRUG TERRORISM ACT

FILED
2012 APR -4  PM 12: 48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

UNITED STATES DISTRICT COURT
OF SOUTHERN CALIFORNIA

'12 CV 0823 LAB  JMA

William Crittenden
            v                              COMPLAINT (PHX)
The McNeelans, Bishops, Adrienne, Richard Jr. Barth
Bank of America, Traficante of the CA Traficante Lic. Plate,
Third generation Traficante, S. Guiancana, S. Guiancana, Luis
(Guiancana), of "CV" Counties of Bexar, Mendocino, Camaron, Lake,
Mendocino, Maricopa Hospital, (§ 21 & 42), Willy Smith/Linda
Vreitmin, Dr. Herring, Lloveras, Kinlock (due diligence), Rodriguez,
(VA) Calderon, Baptist Hosp., (SA), SSA, VA, IRS, Justice Depts.
HON., Martinez, HON., Garcia, Dana Garcia, Hutchinson, HON.,
Prado, (SA), Gates Foundation, Mr Buffett, Bonne Leibe, San Leandro,
CA, Forti-guard, Sunnyvale, CA.  P. Rentfro Deportation for Mexicans
Motion) Bohemian Club, (Crimes Against Humanity), Dept. of State,
Wikipedia Dictionary, (on Mr. Iglesias), Medical Publisher of
*Harrison's Internal Medicine,* Rio Grande Leal Aid, Tio Rico Finance,
El Paso (Tullius owner) P. Rentfro, Mr. Kennedy, Gary Ortega,
Brownsville, TX, & City of

## INTRODUCTION

The complaint is advanced against the Justice Department (JD)

on the problems of repeated attempts to "hide the drug using judge",

and other employees.  This is now relevant to the recent complaint

against the HONORABLE COURTS, certainly as HON.,  Martinez

under § 21 AND § 42.  the allegation is as SIGNIFICANT now as it was

as ptf was suing in San Francisco when HON., CHIEF MAGISTRATE

Larson (1) had no real concern for the ptf, but advanced for his

1

own cause, or that of the JD when he assumed the ptf's complaint, and when it had been already assigned to one of the believed drug users (verbal).

Observations that day were definitive when ptf saw three CSR's with drug signs (two with textbook drug signs, Merck Manuel)! Ptf has repeatedly described the problems encountered with the "tall judge" on leaving the court house, and in the case where ptf encountered a litigant who instead of approaching the HONORABLE COURTS (ptf believes he was to follow in Civil Dockets) was observed running RAPIDLY out the front door (from out of the elevator), (2) this being when ptf observed the mania of the repeatedly described "tall judge" on two significant occasions . Ptf understood this now after repeatedly described "moot" declarations to ptf's recusal motion of a judges (HONs., W. Johnson and L. F. Garcia); the latter who the ptf knows to be a drug user from the lower courts of Brownsville (COUNTY), TX, and cf., below descriptions, and cf., described other witnesses of the area of Brownsville.

Notwithstanding, HONORABLE COURT will be directed the allegations of the believed writer among the senior judges in Albuquerque who described "judges on disability" (!!) on immediate § 21 interest conflict, CLEARLY confirming all aspects of ptf's "suspicions" and cf., "Signs and Symptoms affidavit" as well as

statement of one of the defendants obviously that described in the contingency

deportation - with "hang dawg" events of Union Station in DC.  HONORABLE

COURT will note immediately this this demonstrates not only conflicts of interest,

but AVOWED conflicts (3) and most apparently of the USCA 21 kind.  Thus ptf's

declaration of only a 1 in 25 chance (there being more than 25 Albuquerque

judges) of this not being a §21 ¶ 846 conspiracy to be firmly assured.

Notes (1) HON., Larson put on the "embarrassed" face immediately before and after the ptf's
appearance in 2005, leaving the ptf in large part in askance at the time.  Notwithstanding, the
unusual number of individuals with drug signs "in the outer office" as well as the apparent
dismissal of FBI agents (over the JN) held ptf's rapt attention. Issues confirming the dismissal
were the ptf's observation that there were FBI agents on this occasion with the Vaseline on
faces sign a situation which ptf related to his own father's infiltration of the "Rat Pack" in the
early 1960's which indeed did cause his death.   2) this litigant recently presented in the
Washington DC and ptf observed his picture on scheduled litigants (3) ptf advances on
determined complicities of all under the events described this has been particularly bad as ptf
was not given the chance of previous issues in discovery of drug carrying Mafioso found in the
many places and events detected. And in the more determinable event should ptf have been
able had any chance at all to save his children

        Plaintiff advances this petition on the questions which have developed

before, and during the questions of the abduction and murder of ptf's immediate

relatives. COURT is directed to the issues of the approximately 13 (1) court

petitions which have remained unanswered, on the account of ptf having been

unable to "get the complaint" into the courthouse.  On this notion; however,

COURT will note that there has been a specific USCA 21 cause on every filing

where ptf complains not only on failure to deal directly with ptf on a straight forward and honest basis, and ptf is fully aware of the statements over the judicial network of surprised judges apparently having undertaken to defend indefensible 21 positions.. Specific notions have come accountable to the issue for instance that of "Mendocino" or Lake" counties were not 'bad' when in fact very soon afterward ptf followed through with discoveries definably of the reprobation attached to these specific areas; describing incredible almost uninhabitable (2) questions with regard to the 21 reprobation and cf., previous statements. HONORABLE COURT will note the specific questions well citable in any exception of ptf's treatment by jurists, or even further recounting of the events surrounding ptf 'disappearing cps' and cf., the question of Holloway and his partner.. Ptf has attempted to be conciliatory; however, there remains no excuse for example of having ill-defined the question of Honorable Garcia having taken dementing drugs in the courthouse before ptf's appearance(s) – and not carefully the question of the "dancing judge of Brownsville" who, as ptf repeatedly described, "danced himself to death"; his son also a lawyer undoubtedly now in TDC, or dead.

In order for the COURT to account for such events ptf believes there are certain 'outstanding' questions involving describable Mafioso, and those who have appeared suddenly both in Clearlake, Phoenix, and El Paso (here there have been further explanations, as well as need for them). Ptf advances this complaint with the qualifications that these people appear to know exactly who the ptf is

using DEA agent" who was going to visit ptfs' spouse, and later asked an idiotic question where he seemed to want to know what would be the diameter of destruction of an A Bomb. Ptf noted the same issue in crossing the street in Albuquerque near San Mateo where one asked to other about a secrete action by the name Octapus (with corrupted description) in which ptfs' mother and uncle in Washington were possibly involved (death of Rosselli)!

As to all these issues ptf demands to know the medical adviser of HONORABLE Martinez who this ptf well sue and assumed to be Thomason Hospital because ptf has had the most difficulty in getting information in that library (and for excerpts), and cf., the repeated question from an assumed woman physician as to whether ptf "was lost" or not while exiting the library.  The issue of misdirecting a Federal District Judge of course is much more weighty. (Mass Action Concept as it pertains to adenocarcinoma brain tumor).

Notes to INTRO: (1) Ptf cites the specific attempts to these approaches while the cp's were being CONTINUOUSLY MISAPPROAPRIATED AND ON ONE OCCASIN READ ON THE STREET CORNER BY REPORBATE THIEVES OF THE"OC".

## ARGUMENTS AND AUTHORITIES

HONORABLE COURT must be directed to the 18 (RICO) argument against a federal agency analysis of the following descriptions against specifically those notion contained in the arguments of "encouragement" of individuals who often are of essentially reduced capacity, and with whom ptf has been compelled to reside during the period when ptf was still unaware of the ptf's alleged five but the clearly more accurately alleged six relatives who were in the hands of the drug traffickers and died as essentially the question obviation of authority of the Justice Department, Hutchinson as the chief example dismissed by HONORAB LE CHIEF MAGISTRATE Larson in San Francisco.

KFOX OR ICC & 18(RICO) COMPLAINT (SEPARATE)

Ptf advances on the cause of cries against children where ptf observed the question of encouragement of DRUG USE OF CHILDREN from the local TV station, ptf believes Channel 7 where ptf's verbal telephone objection was followed by probable dismissal of the (older) local anchor at the television station. Ptf state d. to the man answering the phone that he had been poisoned by the behaviors of these people as a child (drug using grandmother inspired by stated "White Swan"), and found it REPREHENSABLE that they should be saying that this question was "perfectly legal" as he had stated. COURT may then recognize that the statements of local sometime drug using lawyers (e.g., all who were specializing in disability in San Antonio where ptf was at the time), that this is not a high crime but the HIGHEST of all high crime in the poisoning of children sending them to war an then essentially attacking the "chief" anti-drug litigant in this a qualified manner of subversion.

"LITTLE AUSCHWITZ"

Ptf has resorted to calling the local shelter by the proper name "Little Auschwitz". Where the suggestion of going to the "OC", or "Opportunity Center" was made by one of the individuals at the SSA downtown office, one of the five to seven persons who ptf alleged had the signs (1) noted in the "S&S" affidavit, and who made the specific suggestion that the ptf should go there.

Notes: (!)application any of these signs is not to state with absolute certainty the question of street drug use, but where they appear in various contexts of the individuals in question in repeated circumstances, and in those issues where the recognizer is "expert" as for instance stated by the ptf's father in 1956 (!) repeated recognition is very significant for proper conclusion, and cf., Gloria of MO in EP who denied all of the 25 page affidavit but recognized the tape of these same observation made on the question of the Clearlake PD when ptf was not aware of being taped several years ago. COURT should then be informed that most of these person of the SSA (and Clearlake police) associate with one-another, and that ptf saw them together with the person who had important "color-changing" skin signs. Ptf petitions to use direct language which ptf believes best DESCRIPTIVE in these a question and where there are descriptions considered "vulgar" by "prudish" (a sign) as where ptf's attempts after the last of ptf's major (42 pages ) San Francisco cp was stolen in PHX, an after the events of finding finding Holloway and an obviously his legal partner in McDonalds near where the theft occurred.

At ptf's first arrival in El Paso he witnessed the results of his "mania assessment" where the qualifications of manic behavior appears in "drug menageries". (1) In this particular mental illness COURT will note they were immediately involved in the cause of their behaviors. Ptf noted that there were persons who were taking drugs or clearly taking the drugs themselves attempting to alleviate the 'problems of society' while themselves indeed being the central problem . Ptf continued by finding actual text book signs specifically in Merck Manuel which confirmed the questions at hand; now allthe signs of course were immediately discovered to be elucidated in text books, notwithstanding of incomplete perusal. The attempts of the involved drug using individuals who were obviously and repeatedly confusing the issues stipulated the incorrect nature of their attempts. This had apparently, or seemed to have begun with Holloway and increased in magnitude as ptf approached current filing area. It was clear to the ptf that at least half of the shelter employees were taking drugs, and

participated in the legally describable consequences as they continuously surfaced. Theft being the order of the day as described of the individuals who WERE deceiving the ptf on one occasion as to their involvement in the actual murder of the ptf's children. This continues in terms of confirmation of the individuals using the ptf's name, and overheard repeatedly in the described **theft** of ptf's computer, direct threat of mayhem against the ptf, with "hate statement" that ptf was a "New York physician" with office there, and ptf's discovery continued in the questions which led to the police report, and the descriptions of the three cars and cf., except of the events of the article of Tijuana on almost precisely the day of the murder of the ptf's adult children. Ptf discussed at the police office the specific discovery, and as it was discussed on television of smuggling across, ptf believes, the "Otay Mesa" drug tunnel and as well where, without doubt some of the smugglers passed who invaded the home of ptf's children, and committed the murder described in Bell v Hood PART VII.

Thus ptf advances against the OC and its owner who ptf also alleges has USCA 21 signs of drug use, and is so infrequently present to be unable to understand the responsibility of such a position! In such a situation it is basically impossible to contributed to the advancement of one's own self by virtue of the questions of the behaviors of those who involved in drug use which ptf has noted event to the extent of consumption of combined drugs (in bottles) in the "CO" itself; very similar to that observed at the same kind of institution where ptf resided in Washington DC when ptf was filing his last *Et Certiorari* motion under

the circumstance of being essentially ignorant of the deaths of his own children which Justice Department is also in large part responsible by virtue of the continued questions signified by ptf, but starting with Hutchinson's negation of duty apparently inspired by Barth Clearlake  and c.f, the below described necessity of Multi venue filing (under title "Crime Spider") to proffer this direct accusation further to the WEST.

   (1) Of course this occurs in 'hidden forms' on many occasions as to contribute to the nature of the often described "deceptions" or other unfortunate consequences which add to the issues "losses".

## MASS ACTION CONCEPT

The concept of Mass Action entails the alleviation from a biological organism factors which produce disease.  In a disease such as adenocarcinoma which is produced by Tuberculosis alone, the specific manner of relief of the question (of that of the often described as "cancer") in this case, is described in two contemporary texts as antibiotic treatment of the original disease. (1) or in these contexts is that for which a medicine is taken (for an original disease) which in turn has a final state found in the development of the causal factor, or as by the original disease itself, in this case which led to adenocarcinoma, and cf., the appropriate Bell v Hood argument as it appears with the typical equation, never seen in modern texts.  HONORABLE COURT may confide that ptf has read almost all of them.

Notes: (1)questions of "corruption" in for instance, medical education can be seen as deception of the student or patient on the bases of the quandary that as a disease progresses it may be described as "something else" as ptf has directly observed in the ptf's case by a very young

military physician.  COURT will note that it is always TUBER....culosis.  Better descriptions in the belief of the ptf can be that this position is that of the paranoiac or even a "paranoid description" based on the belief that combined or single antibiotic therapy will produce antibiotic resistance (of the antibiotic to or by the infecting organism) which under proper circumstances, where there is both chemotherapy (antibiotics) AND physical therapy, i.e., that the latter usually entails swimming pools with chlorine in them.  And under these 'proper' circumstances the described resistance in literally inconceivable, and cf., above.

CRIME SPIDER

There are numerous, and least of all at least three suggestions which have come to the ptf that there is some specific relationship – that appears to involve a crime to this ptf – with regard to the specific relationship between the suggested screen writer organization (1) and the group which calls itself "Harm Reduction International" the suggestion of which arrives to the ptf in questions of propriety, and this can only be seen as a result of examining the entire question, e.g., one significant notion for instance  has to do with the suggestion that this organization is part of the United Nations.

l. The appearance of one of the individuals who apparently is a member of the organization has a notable appearance (2) as that of a person who ptf believes appeared in a photo originally taken to have been from the internet as a recognizable screen writer and "skin head", cf, the analysis of this question on Channel 58, educational channel, not an original or analyzed belief of this ptf (!)

2. ptf recognized the extreme viciousness of Stan the Screen writer when he made the statement to the ptf that ptf was a 'model' or 'question of example' (as comparable) to the protagonist, i.e., the principle actor of "Kill Bill" who was murdered in Indonesia.  Even so at that time ptf was concerned about the notion of association of Stan whose last name ptf does not known but may find out on filing in Phoenix, AZ.

3. Although there are notions which identify questions as does this ptf with the "typical viciousness" as associated ptf has found (2) with Bohemian Grove and ptf is developing more discovery directions, it has become more significant that specific question associated with the

Film in this case are indeed attached with the specific presentation and COURT should not that this occurred significantly before the <u>questions of deception</u> which led to the deaths of ptf's children.  This relates directly the growing aspect of relationship of the McNeelans with the ptf's children where ptf speculated even the notion rape of the McNeelans after finding photograph of ptf's daughter piled over a body of individual which contained the described APPEARANCE of "devil worshiper" (black or shinny clothing, leather or simulated) among the more than 4,400 photos ptf believes of Chapo Guzman, i.e., the "fourth devil worshiper" which ostensibly can be found on the internet.

4. Ptf specifically remembers the approach of "Stan the Screen writer" in Phoenix.  This individual at the South community Tech Center, appeared somewhat disturbed with the issue of the ptf's observation analysis of drug signs among variously described people, probably more so of an employee there who apparently lost her position.  And he had been unable to hold his volunteer position with the election commission.  On the description of these issues he stated that the plaintiff was the described lead of the movie "Kill Bill" of course this was to the issue of pro-drug behavior.  Ptf had not observed the movie and only recently observed (after kidnapping and murder of ptf's children) that it was a "decapitation movie", similar to the now many vulgar presentations which can be observed.  Stan described this issue in a very vicious manner obviously implying unfairly participation of the ptf (probably in litigation) and now after many years of attempting to save the children clear murderous complicity with a drug trafficking murderous former spouse .  Ptf later noted the aspect of an individual with shaven head ("skinhead") who ptf believes was one of his co-workers in Screen writing.  Later ptf observed an almost precisely exact appearing 'skin-head' sometime before ptf's observation of "Harm Control International" - this appeared just before ptf's observation of the issues presented as "skin head gang questions" on "Discovery Channel": 58.  COURT should then be aware of the problem where ptf discovered an apparent "mistake" on "Crime Spider" stating approximately that reward was given for the apparent reduction (ptf believes Crime Spider implied KILLING – where the unprinted question had surfaced as a possible stated "typo") of the drug trafficking problem; and ptf has taken this to mean LATER the described espionage question. mentioned both in Harm Reduction internet descriptions and a recent television news presentation.  However, it is clear that the ptf has had to determine the complicities of the murders himself.

5. In these issues ptf advances for greater discovery questions against Gates Foundation on the question that ptf's father was apparently acquainted with Buffet, and involved in the "experimentation" question on victims of Mk Ultra, he was believed described as "Rockefeller agent" by Dennis King author; Mk Ultra administrator, and various other negative fashions, & cf., Bell v Hood Number 4

GATES FOUNDATION

Here ptf advances under the S&S outline issue where ptf has attempted to confirm on the issues of causal observation; questions which are pertinent to the S&S affidavit, on the 18 (RICO), and consistent with changing qualities of the apparent relationship of ptf to defendants - retribution and government retribution in many factors. Of this ptf has now little control, but mainly it can be attributed to the capricious ideation of drug users; COMPENTENCE being a relegated issue even so in the life and death of ptf's children, and to caprices of manic drug users found in all issues of "loss of limits behavior". Ptf's observations however were those of Mr. Gates, with a difficult to derive "cutaneous" manifestation where this was seen also in a problem similar to that of Mr. Ernest EPPD, or even the first CSR ptf observed in SA. In PHOENIX ptf had stated out of concern that "they are young" to the equally concerned MO agent in PHX.

This issue was not of the mottled (superficial but a sign) skin changes as determined from Dr. G. medical examiner from Florida, but in the extended systemic (1) effect ptf has taken on (not on the S&S affidavit) to describe as thoroughly extended subcutaneous systemic (condition) a reasonable indicate to such issues as blood (descracia) changes e.g., leukemias and cf. motion for subpoena duces tecum.

Notes (1) such an issue as "sign" can be described as sometimes appears in even tuberculosis, and probably represents in that case some level of decompensation of the immune response

## INTERNAL REVENUE SERVICE / ACS UNIT

Ptf continues his complaint on the fourth amendment against the IRS administrator who ptf recently described in CP 6 having drug related signs, i.e., on that occasion ptf observed the 'deteriorated' signs related later to an employee outside the building at the IRS where this law enforcement individual appeared to agree with he ptf. As stated previously the individual observed had entered the room when called by the older woman as discussed, and later described thusly to the law enforcement individual.

Ptf thus advances the complaint under the issues where ptf observed usually over the telephone with NUMBERS of drug using individuals who had the various verbal signs the ptf referred to on the issue of the Signs and Symptoms affidavit. Hiding of mob activity is clearly evidenced in the hiding from the view of society from within a group of curiously simple avocation of any murderous issue such as (a sign) abortion (children). , and cf., below or Bell v Hood descriptions; Gates foundation.

## SOCIAL SECURTY ADMINISTRATION / EXCERPT

Ptf is thus compelled to continue the complaint against Mr. Ponce who initiated under the influence stating to the guard on that day "it grows in the ground"; much like an Auto Auction employee from Brazil did many years ago on the issue of impossibility of getting rid of dementing drugs. Ptf was compelled to answer truthfully and under the circumstances of "inappropriate anger" (a meth sign), and where the ptf may have answered somewhat injudiciously (too rapidly)

believing he had worked in some of the approximately eight places (esp. K Lowe) and as a temp worker; but this would not phase where ptf later advanced to a SSA worker in the same office that the error had the appearance of having been the greatest contribution the kidnapping death of the ptf's children. Ptf speculated that the issue was so egregious the woman seems to have resigned.

Plaintiff has the right to file a complaint, and even (ESPECIALLY) a complaint under §21 on issues and clear questions of clear notions of impartiality NOT THREATS as have consistently come ptf's way by virtue of "contrarian investigations" which obviously resulted in the threats where ptf has been essentially driven away citing various factors from his family, in the original complaint ignored, and cf., the necessary motions to compel the obviously d

HOLLYWOOD

"Plausible Deniability" is not a question where now any fool can observed the abject effect of cocaine viciousness among it's uses and cf., below. Ronald Reagan's (RR) curious presence in the factors which are better applied to the analysis of scapegoating the ptf by Governmental forces . Senator Schweiker (R. Pennsylvania in 1960's) who obviously also was known to associate with the "old man" – and cf., a Schweiker "dark forces" statement in *The Johnny Rosselli Story, All American Mafioso* is described in for one thing the pursuit of Rosselli, as a habitual victimizer of woman in Lake County - possibility another the drug trafficking of lthe McNeelan's and cf., McNeelans direct denial issue: "it was the president", and cf., later the actual nature of Rosselli attacks coming directly to

ptf, and to the murder of ptf's beloved children by the Phoenix devil worship…Aflacgnome gang, obviously originally headed by the second generation Traficante of the "TRAFICANTE" CA lic., plate, and followed by third generation Traficante for an entire week while ptf was attempting to test circuits in a new house in Clearlake, CA, obviously this contains an arrangement by T McNeelan himself who earlier in one of his 'conjectures' issued: "I don't know why 'this can't happen to you', if it has happened to everyone around here" (3). Later the believed same individual was apparently detained by ptf's condition, by his own apparent inability to make ransom threats on the Greyhound Bus because others would hear him, and/or by the fact that on the Greyhound to San Isidro border crossing he was not able to express his thought for obviously revealing his intention, i.e., that he was believed now seen at the Jack in the Box in that town, but clearly later when ptf did not give any attention to a group of individuals who approached ptf at a Sea food stand in Ensenada, BC. — ptf believes that the individual who had followed him, allegedly third generation Traficante there began to move suddenly when ptf did not respond. (2)

Ronald Reagan's overheard opinion of buying the ptf a car so that he would "go around to find treatment" was obliterated by the effects of 1) encephalitis of now more than 20 years, 2) absolute abnegation of pediatric principles, not an issue of the his discussed "building responsibility" - clearly the absolute opposite — and 3) the obvious effect of secretive intent (Helms & Gottlieb's) destruction of correspondence, stated explicitly in *The Very Best Men* including as well Barn's

well Barn's malice, but 3) the obviation of current tragedies of the time with

regard to BWA and the old man's "accident in the Corvair, a partial consideration

in causal factors in death.

Notes (1) ptf had at the time the ongoing question TB encephalitis for more than 50 years.

(2) COURT should then follow ptf's current belief on the issues of gang attack by identity thief "Carolyn Wilson" in her deceptive manners at the time, off the buss she said while still at an interlude from the bus (calling ptf from bus) before running away in Modesto, "the children"...."they want money", ptt at the time taking this to mean a description of children, and thus being immediate confusing the issue her apparent cover-up of 'in love falling' or actual prostitution, actual word sequence of that relation is not remembered currently. The identity thief determined later stated earlier that she was from Bakersfield.

(3) This appears to indicate the later supposed rape or drug rape of ptf's mother and daughter, and cf., the mysterious after-death-appearance of the derringer with the mistaken (by ptf and so of ptf's knowledgeable experience) .22 cartridges in the .38 chamber, ptf's mother was thus communication confronting the contingency of her own death, and knowing at the time the danger of her situation.

Margin Note: later this would fall into all of T McNeelan's beguiling "predictabilities" in virtue of the issue of the obvious desire of 'getting rid of his' foster brother to be the last "controlling" property owner, of the property in Clearlake. Ptf was only able to offer proof of this recently as for the description of finding Charles. McNeelan below the unclothed body of ptf's daughter dressed in the otherwise described 'devil worship' garb of C McNeelan in Tijuana, also murdered, and cf., information of Ernie of one the Narcotics Anonymous individuals who attended meetings at "Casa Vita" in El Paso.

WILLY  SMITH & THE MALICIOUS MASSEUSE's POISONINGS OF CLKE.

COURT thus informed that Roberta the "Malicious Masseuse of Clearlake's"

attempt to poison the entire town with the assistance of the drug trafficking CSR's

has been the true result of the apparent life's goal of RC.  The issue has turned on

the effect of the TV projection of Roberta standing in Hollywood spoofing the ptf

with the alleged PKU derision with Willy Smith boarding a bus making "fun" of

their attempts, and contribution of running the remainder of ptf's life and family;

where ptf advances on the 1st CAM - 14th Amendment nexus of Civil Rights a clear

objective of the original Rosselli styled viciousness destined for further excerpting.

Ptf cites the overbearing pressure brought forth by surgeons (Urologists)

prevailing over junior physicians to refrain from prescribing antibiotics – taking

the 'more aggressive route' and killing their patients, (2) but in this case wrecking

the ptf's medical career in the United States, over the period of time of 18(RICO),

and those issues which intervened from a victim of the extended issue of

Mairanovski, and alleged War Time co-operation with murderous Soviet Labs, and

cf., "Lab-X" descriptions as well as others but having more to do with execution ¢¢

the specific style of murder than science.

Ptf however advances the issue against the Hollywood moguls in the

allegation that apparently the "Commercial man" (2) appears to have either

taken it on himself to become the "serial kicker" in El Paso to thus raise his fame

by kicking in the street as reported by ptf to El Paso Police, and cf., verbal

explanation of ptf's descriptions and cf., his specific believed victims.

Notes: (1) Anesthesia being the most difficult issue in the surgery itself, but especially the case
when it is repeatedly performed (2)this criminal kicked the ptf and another victim for which ptf
has various photographs taken numerous weeks after the attack.

## BOHEMIAN GROVE TYRANNY

Solid affirmation of drug signs emanating from the "Cremation of Care

Ceremony" has been yet affirmed by many individuals from issues not considered,

but well known (1) by the ptf from the associations of the ptf's father with Ray S Cline of the "Health Alteration Committee" - clearly comparable to the lab of *Dr Smert*" (excerpt, Dr. Death) from the most extreme radical behavior from Russia of the 1920's and confoundedly consumptive of ptf's time and energies, & cf., the actual orientation of Cline's "think tank" in Concord (2) Extremes of failure to treat to attempts to defend themselves emanating from the Veterans Administration failures to treat properly because of employee use of dementing drugs was on last observation were those of Tony the male nurse known to Dr. Kinlock in AHCH then disappearing giving evidence for notable suggestion of his § 21 own involvement in identity theft as well. The question of signs in the VA employees including hiding them are constant Observation, and have interfered in all activities ptf has engaged in with them.

HONORABLE COURT may then be directed to the issue that what is known as very rare drug sign so much so as not to be included on the S&S affidavit, notwithstanding relevant to other attacks on the CNS "loss of limits voices" was observed in Alex Jones infiltration tape of the "Cremation of Care Ceremony"; the clear effect of uncontrolled voices and perfunctory bellowing were clearly discernible RARELY heard under other circumstances. Solid evidence and geographical analysis would be contained in the Margin notes.

Notes (1) Ptf currently understands, but by retrospective comparison that "the old man" was a victim of this cocaine drug trafficking when he went fishing near the "Bohemian Grove" or a Russian River.

(2) R.S. Cline was in Who's Who in American at the time but the secrete notion of "Health Alteration Committee" was not known but now can be readily found.

## SUMMERY

Ptf thus advances on the clear and solid issue of ridding the populace of these issues which have killed his entire family and to ptf's present understanding the population of the entire town with the ABJECT ASSISTANCE of the, of the sometimes described as entire drug using judiciary. Thus ptf advances before the HONORABLE COURT on consistent and clear boondoggles which have continued to plague since the ptf began his litigation, and issues which are clearly the cause of those deceptions alluded to in the USCA 21 logics usually presented, problems which have persisted in the descriptions numbering an unconscionable challenge for the Justice Department. In this summary ptf cites wrongful death of the ptf's children obviously under attack by Mafioso, and the collusive efforts of great numbers of conspiratorial drug offenders, throwing considerable doubt on the questions that these groups involve only five percent of the population as announced.

Ptf arrived in Albuquerque hearing the issue after the putdown of the drug using judge in very serious questions of misapplied risks of medicine in this country. That surgery was "not necessary in those cases" where the patient was in good health, thus completely contradicting the issues involved in the litigation and in the issues of necessary of prescribing TB medicine in every case on any account. Clearly patients in serious conditions from repeated TB treatment will

be already in very serious conditions as would any victim of direct poisoning to the head! In this case risk is clearly the issue as the general description appeared in the misapplication to J.O.Y. in his gallbladder surgery. Confirmation of this has always been impossible with the Veterans Administration hospital (death of Rick living at the time in Juarez) so that the ptf can take for granted that his friend who was not from the area would no longer be with us.

CONCLUSION

Ptf advances for wrongful death as repeatedly described as well as pain and suffering which still persists when treatment was, and would be wrongfully interceded in, and cut off by the intervening criminal reprobates as ptf has repeatedly described them, but consistently with the issue of "Mass action" of "Cancer that is not Cancer" and describable by equation in the justifiability of such treatment, and cf., Bell v Hood #3.. Ptf refers HONOABLE COURT for the following logics which should appear on question motions to quash, subpoena duces tecum and other information for the courts cut off by the discovery questions on last attempted appearances. Ptf believes that all descriptions of "disappearing people" in these issues may have very significant relevance, i.e., the question of the Aroyos where ptf was unable to determine the veracity of his metaphorical statement: going down like the "the Sullivan's" after disappearance of the Aroyos from El Paso, the disappearance of the Soft ware engineer (1) curiously after finding him late at night during the thick of these events, and the disappearance of J.O.Y. clearly as well victim of person with neurological damage (more slowly

reacting pupils necessary for anesthesia) to the unnecessary issue of gall bladder surgery. Ptf has ever the right to investigate such occurrences WITHOUT consistent interference of drug using individuals, employed by government, and cf., motion to remove radical laws (the Forti-guard problem, as well as compromises which effect the Willy Smith investigation), as well as the issue of Rick of the dedication page, and cf, NUMBERS of obfuscating problems having passed through ptf's mere observation of drug signs at the privately owned "OC". These questions fall into the category of 'rightfully determinable' under § 21 and § 18 WITHOUT PRIOR NOTIFICATION completely the same as ptf's right to file a complaint (2)!!

Plaintiff advances on all factors, and cf., issue of the "Maffioso", "Captain of the Guard" of the local court house who ptf holds knowledgeable of the murderers present in the "Tio Rico Flea Market" (1) Clearly he had been informed in any assessment of ptf's knowledge because of the repeated question ptf's was, or had been asking at the "Pulga" itself, and cf., ptf's reception at the Courthouse in the necessity of determination of the involvement of the property owner, "Tio Rico" in this issue, and OF COURSE this must be ptf's determination as well as SOLID knowledge of individuals HAVING ANYTHING TO DO WITH THIS BUSINESS and their activities as MURDERS! (3)

In various truth ptf has determined the modus of so many criminals and cf., issues of Wright and Keith, Hutchinson's accomplice, that ptf is compelled to address the problem as a suit against civic entities or social institution,

address the problem as a suit against civic entities or social institutions, advanced under 18(RICO) as to the accompanying documentation without any indication of how specifically ptf's children, ptf now alleges were compelled by the former wife, with the encouragement of other individuals, cf., described "boy friend", to become engaged in the described activity, and cf., previous efforts as well as their apparent experience with the military, but where ptf had found his #1 son working legitimately for a reprobate drug user at his restaurant!  This had little to do with described non § 21 activity because the former friend of the wife was probably killed as well in the drug war.  Thus the efforts to conceal these relationships have been through ALL of this time CRIMINAL, and of course approachable under corruption rules.

## EFFORTS TO CONCEAL

Ptf advances against the HONORABLE judges of the style with motion to dismiss and disbar, and cf., separate documentation.  Ptf advances this as a § 21 ¶ 846 act in itself more than adequate without their review in any understanding of the complaint (4)  Understanding or being able for instance to read with understanding is a primary requisite under § 42; not to twist, or to expose to directly opposite or incorrect logic - and is in fact the most significant; not, even so, to mention the hundreds immediately effected.

## CDCR STATE OF CALIF

Ptf advances on abuses of office in all issues of State Justice Departments/CRIMES AGAINST HUMANITY NATO/ptf advances on release of

birth damaged prisoner without notification of danger of impending situations,

on pain and suffering of the continuous litigant in CORRUPT COURT which is

herein demonstrated and cf., "information for the HONORABLE COURT",

and Bell v Hood with police reports including recent discovery issues as they

have applied to the murder of the ptf's children.

## LIMITATIONS AND DUE DILIGENCE

Ptf has written stolen petitions right and left, and with the little effect of

any hope of them being understood by the drug menagerie of the suspicion of

ptf during medical school, the hidden activities against ptf's children, "rufie

rape" (date rape), and all questions having to do with §21 prior to during and

after seeing allegedly all of the patients of Dr. Saunders and the offending social

workers indicated in this issue; however ptf advances under separate petition

considered in all problems of ptf's "recovery", ptf advances on the clear

substance of this with the sequential questions observable in ptf's complaints.

Ptf petitions the HONORABLE COURT for considerations in the 'hidden' nature

of the death of ptf's children (5) in issues of limitations because of inadequate

information, as well as clearly now obvious efforts to deceive.  Notwithstanding,

COURT may note that the itinerary of the "kicking man" appears to support the

notions of perhaps deliberate concealment. Ptf advances under 14 CAM, *Olson

v US, Pestrack v Ohio Election Commission,* 18(RICO) with Margin notes, thus ptf

advances against all  parties discovered very recently of, ptf alleges, not merely

players providing bounty for "carry off's" on the football field, but the same

question of corrupted encouragement of those groups in the production of the NFL/Budweiser commercial in the direct attack against the ptf by the described "actor", there described as "crazy", and so ptf includes this question as no mere social issue to 18(RICO) issue against Vreitmin, Will Smith, and the makers, and distributors of the commercial.

### HARRISON'S INTERNAL MEDICINE

Ptf advances against any or all medical publishers, specifically Harrison's being the most respected, and distinguished.  It is has not voiced responsible positions on issues of Mass Action; described on occasion as "Law of Mass Action" as it applies to adenocarcinoma, "tuber", tuberculosis as in itself a difficult entity to treat in its *usual* NEGLECTED circumstance, as well as deteriorated states of "cancer", and also requiring retreatment and physical therapy.  Ptf advances  before the COURT on questions of 14th Amendment on the questions of competence as a generality where overbearing 'experts', feel compelled to exert control over their minions thus producing the described harms related by the complainant.   Ptf advances before the HONORABLE COURT in this day of medical students becoming younger and younger this 14 Amendment complaint again citing *Arline v Nassau County School Board* on the problems of what have been in truth so difficult for them to recognize, in large part because of Public Health problems, i.e., that many have not known that TB occupies as much as 30% of the worlds population (7)  The many COMPLICATIONS of tuberculosis have left the question and treatments related

25

of Mass Action abandoned.  The young military physician may in fact say, "it may be something else" which indeed it can be, but treatable as a complication of the disease by virtue of retreatment with treatment of THE CAUSE, tuberculosis.  Unfortunately, as well failure to acknowledge may be indeed problematical in itself, i.e., treating the patient as an entirely "ignorant" entity when so often it would be the physician who may be ignorant.

The only correct solution is to advance this suit against the publishers for the question of habitually omitting any of diagnosis and treatment situations appropriate of mass action as an omitted concept continuously denied, and or obviated as a clear notion of importance described on some occasions as the "most important concept in medicine".

Notes (1) There had clearly been contact between "captain of the guard" who ptf eventually determined to be one with the "Maffioso", (spelling!)"captain of the guards", and a flea market business person because ptf noted the intense interest of this "captain of the guard". This observation was made in approximately the same location to where ptf had reasonably considered repeatedly indicated in reports to the police, and was determining to the "hiding" place of various killers.  Notwithstanding, it was THIS PERSON who made the INCREDULOUS statement that the ptf later reported to Mr. Lopez when reporting the video murder., and cf., Bell v Hood, who ptf would justifiably state possessed unreasonable interest, and cf last observation of Joe as well the events contained in the question of the third contact, the individual to whom ptf stated was "going to jail".  Indeed it was only until when ptf was walking in the direction of the Courthouse that ptf became aware of the interest in the area, notwithstanding LATER (after Mr. Lopez during ptf's developing interest writing and etc.) of unusual amount of police scrutiny – notably as well, long after the death of Joe, and cf., separate internet photo discovery in apparently Mexico.  In this as well there has been observed a similar opinion of MANY individuals (with drug signs) who seem to be of similar opinion as well as those PEOPLE WITH DETERIORATED SIGNS, i.e., weight gain or similar recent styled weight gain as ptf determined at DPS.  In other words there is support a great deal of support for issue of judicial and lawyers use of dementing drugs and apparent hopes of passing on their CLEAR responsibility, and cf., ptf's recuse motions with complete

abandonment of the Albuquerque venue of the most important motion of the cp, ptf's license to practice medicine.

(2) Ptf has the right to make justifiable determinations in any CONSTITUTIONAL issue, not merely a question of law enforcement, especially important in this time of INCREDIBLELY consistent nature of police corruption, and cf., any description of ptf's awareness that the MO knew of this, and cf., "they are 'so' corrupt", of the Clearlake City police! At this juncture it is becoming more clear that a "Hollywood mogul" indeed had the time to sent an individual to attack the ptf and another older man of SIMILAR APPEARANCE (Luis), COURT will note as well the curious nature of so many Ricks to the almost solid nature of at least one being an AKA.  The problem of "Luis" of San Isidro known probably to Traficante, third generation, may be "Luis who is not Luis" or even the person sitting at the table in Jack in the Box where ptf observed the abuser from the bus to San Isidro, and cf., separate discussion of identities, including "Carolyn Wilson" identity thief, later determined as well.

(3) Some short time after the discovery ptf stated to Mr. Lopez that while in Mexico that ptf had traveled years ago for some reason to a town with an Indian name which is by name famous for its involvement in the dealings with clothing.  Ptf was informed at the time, but in the curious way this often happens with the people involved in the market activities (travel in Mexico, but usually not drivers) "were dangerous" by a young white woman.  With experience ptf understood the clear issues of why this is so, i.e., because of amounts of drugs they consume as drug traffickers, in and out of the areas they habituate, from ptf's experience he would speculate that larger amounts of almost any 'mind changing' substance may be either (for them) a "trip" or a sedative.  The problem of gang related behavior, in itself the same, is however an issue everyone in El Paso should or would be aware of, and indeed ptf had repeatedly heard some evidence for standing in line at McDonalds.  So COURT will note that it was not with surprise that ptf heard of the detention after informing the SA MO, and cf., the descriptions of the various events.

(4) Ptf believes that Mr. Kennedy who yelled at ptf in the parking lot may have been a judge and was dismissed and clearly is so ignorant not to comprehend the significance of phenylalanine in PKU or in any other question of metabolism. Other questions of "judges on disability"are CLEARLY substantiated by the court writings themselves in Albuquerque. Furthermore ptf alleges that HON., showed signs of not even having read the complaint because ptf has had several motions to deport, and on that occasion ptf had had not opportunity to advance the separate motion for the former wife.  Here COURT will note that on the same day as dismissal ptf made the revealing discovery of the same appearing person in the flea market as the individual on the video who literally butchered Dennis; there this been CLEARLY the initiating event as ptf determines through repeated analysis.

27

(5) It had been ptf who passed the information on to the SA MO and indeed the confusing statement of an apparent MO agent for SA in El Paso stating that, "in Indonesia they just taken them behind a bush and shoot them" was not enough OBVIOUSLY for ptf to understand this even after C. Aroyo's statement (with metaphors) with subsequent disappearance, and cf., statement to Mr. Lopez.  COURT should note as well that on calling ptf's son Dennis' former wife, which "she did not know where they were"!

(6) this is similar to the described approach of the litigant who ptf noted later to present in DC, and running out of the courthouse in San Francisco, obviously on seeing the – at least three drug using CSRs, and cf., other descriptions.

(7) in all situations which involve a brain problem, as otherwise stated the question has be be understood as a 14th amendment suit relevant to contraindicated surgery because of difficult often deadly approaches to anesthesia. Ptf has thus stated the issue above as that which allegedly did in J.O.Y.

RESPECTFULLY SUBMITTED

William C Crittenden

Margin notes (1) ptf investigated the origin of threats from the flea market as supposed relevant to activities three years ago and cf., ptf's attempts to contact his children with the movement about country from ptf's own discovery and information to authorities of the questions of substance abuse obviously encouraged by the former wife and the sometimes described "boyfriend" from Aguas Calienates first seen with the Mazda pick, and then as owner of the "Churches Fried Chicken" years ago in SA where William was working (1) at the time of discovery.  Ptf then continued to apply some influence in the 'proper direction on', and in questions of the area of repeated observations of substance abusing professionals including the issue of ptf's being compelled to go to courts where ptf repeatedly discovered the Signs and Symptoms application's described in laws suits, but variously ignored.  Ptf has thus experienced threats from drug using judges, (Haberman, SA), police officials or constabulary officials as well as indirect insinuations, body language or innuendo.

In the issue where ptf was encountering threats from apparently the 'flea market people', ptf initiated investigation after the main problems had subsided, i.e., those where ptf was threatened with variously described 'running the ptf through' from the back on the bus to Torreon, and then on Oregon street on probably two occasion of "taking the ptf over to (Juarez) to cut the ptf's head off; and then the most recent in Oregon that the "(ptf) was *solito*" (alone), and thus by the same voiced individual, apparently tall (1) - note size of one of the apparent killers of ptf's #1 son Beltran Leyva as well as descriptions or

1

interpretations of size of individual  on tape ~~which continued~~ <sup>or</sup> the murder of the

ptf's son, and cf., again comparison of sizes and voice signs of the murder tape of

which ptf understood not a word! Ptf heard similar statements by a similar

sounding voice near where the ptf was living near Fox Plaza, later conceding that

there must be other threatened individuals as a police car.

Ptf began the investigation during a first approach to the local court

house with described necessity of finding the identity of the owner of the  ptf

then being thus informed at the Flea market where the same voice threats took

place.  Ptf the found that the people making the commentary also included a

woman from the flea market section later discovered to be called "el tiradero"

where drug signs were better observed on some occasions.

Ptf took the information gleaned from the "Tio Rico" flea market, and

returned to the court house experiencing derisory abusing statements from

apparently  the manner in which ptf was dressed encountered in various

occasions in EP, although by now ptf has encountered questions habitually in the

notion of (law suit rousing) individuals ~~the~~ and cf., in formation the court to

transfer litigation to other venues for those manic questions on motion to

withdraw.

To these issues COURT would note the clear question of initiation of the

incidents occurring after the attack of the young man where ptf had begun

to photograph his own hematomas, and record the typical reverse accusation

questions sometimes coming from police, and most abundant among these had

been the "wondrous tattooed policeman" who had mottled skin signs, and who described ptf as a "liar"' in the notions of the idea of his PERSONAL confirmation that ptf had bought a flash drive with only one GB of storage space!

Events and photographs were focused on the area were the last assaultive notion of threat ('abduction') had occurred on Oregon St. while ptf was in search of a Ptf then encountered return interest in ptf's observations in the area! Ptf *VOICE SOUNDS* observed a large Mexican type individual stand for as much as one minute (¼ to ½ min.) stareing at the ptf on the side walk the ptf who remained ptf of the body type of who could have issued the bellow with which the tape began of Williams murder. This was the second person with voice sounds which may have matched this type of body conformation heard on the audio tape over the judicial network by the ptf and misinterpreted to an unusual extent by the ptf. (2)

Ptf then began to interpreted other questions seeming to also derive from the 'street confrontation type' of discord or encounter. And significantly on the last occasion ptf discovered walking in his direction a flea market guard who wore a new black baseball type cap which stated. "MAFFIA" (!!) with the expected appearance of an individual who would "enforce" with the ideation of thug-isms. On the effort to encountered the actual owner of the Market ptf walked along Paisano to Stanton, and asked in the general direction where ptf had been verbally informed with hand motions in the Easterly directly, and eventually discovered in courthouse real property information the address of "Tio Rico Finance", of apparently tax payer Mr Juan Sandoval of 7713 Alameda Ave.

3

Note to Margin note (1) possibly even an individual entrusted with "investigation" as ptf heard in passing the area of the barbershop, in one case possibly the person accompanying Luis a barber but a tall individual ptf had the advantage of seeing directly in front of him and apparently 'worried' of the whereabouts of the ptf ptf's criminal wife. ( 2) One of these persons was a woman who merely stated (there goes) the "esposo" meaning victim of the mass murder of TJ. Instead of taking the issue of running the ptf through as on the bus to Torreon the some voice stated roughly, "we can take him over (to Juarez) and cut his head off there." The encounter with the woman was similar but related more to the previously made commentary as ptf interpreted it at the time; apparently wishing to convey some sense of culpability as had a young man at the shelter saying that there is the individual - of ptf, who had had his children killed essentially by cannibals as more recently determined, but in a culpatory manner as though ptf had wished to kill them where ptf is now realizing an unusual plot originating, in part in the North of California with ptf having been "followed" by possible grapevine questions of drug menagerie types associated with people ptf has known. For instance McNeelan asked on one occasion in the only phone call to date if ptf had been in California, and of course this relates to several questions of obviously gang related notions, and cf, style changes with clear relationships of people related to gang behavior in CA who ptf had previous or subsequently understood to be part of the plots, e.g., the issue of "Shorty and Frankie" is only one of the significant cases in point where they were seen with the Traficante of the "TRAFICANTE" license plate seen in PHX but obviously from CA. Other case in point with already attempted descriptions was a woman drug user and identity thief "Carolyn Wilson" (CW) met on the bus to the border. Of course another issue was the supposed wife of William who ptf mysteriously discovered to be on the same Greyhound to the border, but heard only her voice not being able to interpret it later, you better get over there, ptf not knowing where the address in Oceanside was, or that she meant Tijuana. Other people on the bus seemed to be talking inappropriately especially when ptf conversed with CW, young men who ptf can not separate in appearance from those who made latter commentary on the bus or THOSE SEEN IN ENSENADA! These seemed then to have no relationship to Beltran Levya to ptf's review to this date; however, court should note this would not be discounted by ptf. Eventual fate of William's wife is to this date unknown to the ptf; individuals known to Jeannette Dennis wife in SA were encountered.

Margin note (2) Bohemian Club. Ptf's analysis of Bohemian Club come from the area of §21 activity of the Barths which again follows onto the question of ptf's mother directed to Lina Barth before her death years ago. "Is Arnold going to the

Tenderloin tonight". Thus ptf states that the area of this described drug activity

for which there apparently never was an arrest centered in that area or perhaps

on Seventh St. where on one occasion Barth walked with ptf to the IOOF saying

when he arrived and pointing out the IOOF building that he was an IOOF devil

worshiper, ptf equating more or less the question of the Traficante of the

"TRAFICANTE" California license plate in Phoenix with the same type of §21 drug

related activity that Barth was or had habitually instigated.

　　　Bohemian Club in any analysis; notwithstanding, has more to do with

general overall geography of the area of San Francisco, and the question of

several other current issues ptf has had in mind. Generally among them has been

discovery that in Clearlake, ptf believes one of the High School graduates, who

interestingly enough ptf believes was related, without confirmation to the other

TB –"Mk Ultra victims" from Clearlake, Sara Yankee of the Bell v Hood arguments;

Cliff the high schooler or "Butch" the bartender was arrested for distributing

cocaine in the area and other questions. The issue centered on in ptf's discovery

the typical lead on of bar tenders who distribute cocaine or "are bad", *"pick 7 oap poison"*

　　　While ptf went to see his old high school acquaintance Clifford at the bar

where R S Cline - one time thought to be Director of CIA, and clearly ("think tank")

"Health (Behavioral) alteration committee" director  - had called the ptf's father a

"freek" (1) This was the bar where ptf had observed the very unusual sign "loss of

control" voice; while ptf believes Cline was talking with the ptf's father on one

occasion; in other words, ptf is almost absolutely certain that cocaine was of the

5

offerings at the Bar, in those days called the Lodge in a central area of Clearlake.
It was at a much later date that ptf knew that the bar had taken on a different
character; was associated with a Chinese Restaurant.  Clifford Fellows was then
the bar tender and had assumed a different identity, "Butch"!  Ptf bellied up to
the bar for his Coca Cola and was finally recognized to the issue from Clifford:
"pick your poison"!  Of course again this was the typical introduction for the "bad
bartenders", generally speaking of the area.

In recent year however, ptf has discovered a line of logic leading to the
private club in San Francisco, and among them with certainty was the encounter
of Billy at the Recovery Alliance, ptf a Veteran staying there and had service
connected mental idiosyncrasies.  Billy was residing there, and confessed as well
of seeing "little men" who were being subdued in some sort of clearly delusional
subjugation or perhaps experiment; he said as well that he had relatives who had
worked at the Bohemian Club and when ptf finally asked outright at breakfast, is
the bartender at that bar "bad", he volunteered openly that there were none.
Given the full import that one would not expect another to denigrate relatives or
speak badly of their former employers, ptf nevertheless was of the clear
impression that questions of delusion have to originate someplace, and that it is
usually with.....some substance!

Hence, ptf continued on with the notion of geographical analysis of the
question Taylor Street, Bohemian Club, at about the 600 block and not far from
Market St. Center of San Francisco. Of course the analysis continued on to

6

previous discoveries of the ptf knowing that the drug center of San Francisco is somewhat more to the West, and, cf., ptf's descriptions on previous cps of La Playa St.(Western HI way in SF) drug menagerie, and cf., very interesting MO concessions with encounter or the apparent arrest of John Bates Jr!. (2) In fact it is this area of Taylor, and the "tenderloin", which bares considerable access with connection to the Eastbay, via the Bay Bridge which disembogues very near the Broadway tunnel going West ending in the Broadway district (nightclubs) near where MM's residence was while associating with Joe DiMaggio - clearly to have been known by the "old man"; (3) ptf believes some various miles from La Playa. The Bay Bridge connection with the East bay must be the most critical assess point for dementing drug traffic from the East to the city. And of course this central point with its nearness to Chinatown, "Emerald Triangle", Marijuana from the North would be the center area where ptf heard from the "old man" that ptf was the "throw away" person as he was described, i.e., in a North beach book store with other previous curious commentary "Mk-Ultra" victim in Washington State.

At this point chimed in Carlos Aroyo, so informative in his metaphorical manner with the issue of having seen the "old man" (limp) (1) in the late 1950's going up in a long staircase in the general area on Geary St., parallel with Taylor, ptf believes one street over; where Aroyos' SFPD group made important drug arrests, and were some of the culprits got away according to him. And this was, COURT should know, ptf believes the exact summer 1958 were the "old man"

7

received his last "secret-agent-man" assignment from Frank Wisner Sr. to kill Caryl Chessman which he refused.  Indeed Aroyo continued that he was at the execution of Chessman and in his opinion – Aroyo waited and waited – the execution never took place possibly kidnapped speculated by ptf by Central Intelligence.

The issue of drug areas where bars, no matter how 'ritzy' can often have 'bad bartenders' even perhaps "bar tenders with immunity" if ptf has to describe any of the reprobations from a time the old man associated with the Senator who had his picture in *the Johnny Rosselli Story, All American Mafioso,* and when the "old man" stated directly to the ptf that he was going to be the spy or "like the main character of *I Led Three Lives",* and where clearly "Bohemian MEANT Bohemian", it was "the old man" in the thick of things with Frank Wisner that summer doing all the things described of the CIA "bad" or determinative for the issues that were at hand, drugs in Height Ashbury, etc,.  "All roads lead to Rome" where this includes the true extent of the question of 'Red Embassy on Green Street', and so many of the other questions of the era that could have been directed to some other end and can be today, to things where poisoning is not the necessary issue. Thus in ptf's analysis Bohemian Club remains on the style and ptf advances with abhorrence since judgment of HONORABLE Martinez.

Notes (1) the issue was evidently that of drugs, but equally significantly would be that Cline had to get his deprecation somewhere so he called him something characteristic of the limp which identified him there, but also in other question the last James Bond film, 'drop man' was the man with the limp.(2) The Bates relationship began to ptf's memory at the beginning of the JKF and RFK question, more recently ptf noted the drug association and apparently MO with grey

uniforms from PHX encountered or apprehended a cocaine intoxicated John Bates Jr., in EP, it has seemed to be the Kennedy – Bates relationship that had brought on the disgust of ptf's mother undoubtedly with regard to the drug associations. This never accounted for later events such as those with Roberta the "Malicious Masseuse of Clearlake", as well as Hutchinson's curious interjections. (3) keep in mind probable half-brother relationship with Daugherty, and probable obliged associations

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
*William C. Crittenden*

**DEFENDANTS**
*Buffet, Gates, Mc...*

**(b)** County of Residence of First Listed Plaintiff *El Paso, TX*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant *Nebraska, Lake, CA*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
*Pro-se*

Attorneys (If Known)
*'12 CV 0823 LAB JMA*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

❏ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
❏ 4 Diversity (Indicate Citizenship of Parties in Item III)

*(4) Some Mexicans on Some  Styles*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
❏ 110 Insurance
❏ 120 Marine
❏ 130 Miller Act
❏ 140 Negotiable Instrument
❏ 150 Recovery of Overpayment & Enforcement of Judgment
❏ 151 Medicare Act
❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
❏ 153 Recovery of Overpayment of Veteran's Benefits
❏ 160 Stockholders' Suits
❏ 190 Other Contract
❏ 195 Contract Product Liability
❏ 196 Franchise

**REAL PROPERTY**
❏ 210 Land Condemnation
❏ 220 Foreclosure
❏ 230 Rent Lease & Ejectment
❏ 240 Torts to Land
❏ 245 Tort Product Liability
❏ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
❏ 310 Airplane
❏ 315 Airplane Product Liability
☒ 320 Assault, Libel & Slander
❏ 330 Federal Employers' Liability
❏ 340 Marine
❏ 345 Marine Product Liability
❏ 350 Motor Vehicle
❏ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury

PERSONAL INJURY
❏ 362 Personal Injury - Med. Malpractice
❏ 365 Personal Injury - Product Liability
❏ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
❏ 370 Other Fraud
❏ 371 Truth in Lending
❏ 380 Other Personal Property Damage
❏ 385 Property Damage Product Liability

**CIVIL RIGHTS**
❏ 441 Voting
❏ 442 Employment
❏ 443 Housing/ Accommodations
❏ 444 Welfare
❏ 445 Amer. w/Disabilities - Employment
❏ 446 Amer. w/Disabilities - Other
☒ 440 Other Civil Rights

**PRISONER PETITIONS**
❏ 510 Motions to Vacate Sentence
Habeas Corpus:
❏ 530 General
❏ 535 Death Penalty
❏ 540 Mandamus & Other
❏ 550 Civil Rights
❏ 555 Prison Condition

**FORFEITURE/PENALTY**
❏ 610 Agriculture
❏ 620 Other Food & Drug
❏ 625 Drug Related Seizure of Property 21 USC 881
❏ 630 Liquor Laws
❏ 640 R.R. & Truck
❏ 650 Airline Regs.
❏ 660 Occupational Safety/Health
❏ 690 Other

**LABOR**
❏ 710 Fair Labor Standards Act
❏ 720 Labor/Mgmt. Relations
❏ 730 Labor/Mgmt.Reporting & Disclosure Act
❏ 740 Railway Labor Act
❏ 790 Other Labor Litigation
❏ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
❏ 462 Naturalization Application
❏ 463 Habeas Corpus - Alien Detainee
❏ 465 Other Immigration Actions

**BANKRUPTCY**
❏ 422 Appeal 28 USC 158
❏ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
❏ 820 Copyrights
❏ 830 Patent
❏ 840 Trademark

**SOCIAL SECURITY**
❏ 861 HIA (1395ff)
❏ 862 Black Lung (923)
❏ 863 DIWC/DIWW (405(g))
❏ 864 SSID Title XVI
❏ 865 RSI (405(g))

**FEDERAL TAX SUITS**
❏ 870 Taxes (U.S. Plaintiff or Defendant)
❏ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
❏ 400 State Reapportionment
❏ 410 Antitrust
❏ 430 Banks and Banking
❏ 450 Commerce
❏ 460 Deportation
❏ 470 Racketeer Influenced and Corrupt Organizations
❏ 480 Consumer Credit
❏ 490 Cable/Sat TV
❏ 810 Selective Service
❏ 850 Securities/Commodities/ Exchange
❏ 875 Customer Challenge 12 USC 3410
☒ 890 Other Statutory Actions
❏ 891 Agricultural Acts
❏ 892 Economic Stabilization Act
❏ 893 Environmental Matters
❏ 894 Energy Allocation Act
❏ 895 Freedom of Information Act
❏ 900 Appeal of Fee Determination Under Equal Access to Justice
❏ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

❏ 1 Original Proceeding
❏ 2 Removed from State Court
❏ 3 Remanded from Appellate Court
☒ 4 Reinstated or Reopened
❏ 5 Transferred from another district (specify)
☒ 6 Multidistrict Litigation
❏ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): *28:1331-*
*14 Amendment (4th Am) Wrongful Deaths*
Brief description of cause: *Failure to treat Encephalitis ("Tudor")*

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ *3 Billion*
CHECK YES only if demanded in complaint:
JURY DEMAND: ❏ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE *Hon. C. Martinez*
DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____